WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angela Dawn Dowling,<br><br>  Plaintiff,<br><br>v.<br><br>Legacy at Cypress Apartments, et al.,<br><br>  Defendants. | No. CV-24-00483-TUC-CKJ<br><br>**ORDER** |

Pursuant to explanations and directives provided by Order of this Court in CV 24-490 TUC CKJ (Order (Doc. 5)), this action is dismissed for lack of venue.

**Accordingly,**

**IT IS ORDERED** that the Clerk of the Court shall GRANT the Application to Proceed *In Forma Pauperis* (Doc. 2).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall SEAL the Application to Proceed *In Forma Pauperis* (Doc. 2) because it includes the name of her minor son.

**IT IS FURTHER ORDERED** that, pursuant to the Order (Doc. 5) issued in CV 24-490 TUC CKJ, the Clerk of the Court shall close this case for lack of venue.

Dated this 22nd day of October, 2024.

*/s/ Cindy K. Jorgenson*
Honorable Cindy K. Jorgenson
United States District Judge